UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| ROXANNE KING, | ) |
| Plaintiff, | ) Civil Action No. 5: 23-291-DCR |
| V. | ) |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) **JUDGMENT** |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the Memorandum Opinion and Order entered this date, and pursuant to 42 U.S.C. § 405(g), it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The final administrative decision of the Social Security Administration denying disability insurance benefits to Plaintiff Roxanne King is **AFFIRMED**.

2. Judgment is entered in favor of Defendant Martin O'Malley, Commissioner of Social Security, with respect to all issues raised in this proceeding.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: March 25, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky